# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**KENNETH RAY PITTS,**                                                  **PLAINTIFF**
**ADC #085938**

v.                   **CASE NO: 2:24-cv- 00218-JM**

**DEXTER PAYNE, et al.**                                               **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE